1  BRIAN A. VOGEL, SBN 167493
2  brian@bvogel.com
   THE LAW OFFICES OF BRIAN A. VOGEL, PC
3  770 County Square Dr., Ste. 104
4  Ventura, CA 93003
   Phone: (805) 654-0400
5  Facsimile: (805) 654-0326

6
   Attorney for Plaintiff
7  PHILLIP FELDSOTT

8              UNITED STATES DISTRICT COURT

9
             CENTRAL DISTRICT OF CALIFORNIA
10

11
   PHILLIP FELDSOTT, an individual,      )    Case No. CV 13-00199 CAS (RZx)
12                                        )
                                          )
13           Plaintiff,                   )    **NOTICE OF SETTLEMENT.**
                                          )
       vs.                                )
14                                        )
                                          )
15 CITY OF SAN BUENAVENTURA;              )
   SAN BUENAVENTURA POLICE               )
16 DEPT.; POLICE CHIEF KEN               )
   CORNEY; VENTURA COUNTY                )
17 SHERIFF'S DEPARTMENT;                  )
   VENTURA COUNTY SHERIFF                )
18 GEOFF DEAN; CALIFORNIA                 )
19 FORENSIC MEDICAL GROUP; DR.            )
   JOHN KORZELIUS; an individual;        )
20 OFFICER TED SYMONDS, an               )
21 individual, AND DOES 1-10, inclusive,  )
                                          )
22                                        )
           Defendants.                    )
23                                        )

24

25
   TO THE CLERK OF THE COURT, AND ALL PARTIES AND THEIR RESPECTIVE
26
27 ATTORNEYS OF RECORD:

28

                                    1

1    PLEASE TAKE NOTICE that the above-entitled action has been settled in its

2  entirety. It is an unconditional settlement.  The parties request that all court hearings,

3

4  (including, but not limited to, the City defendants' Motion for Summary Judgment), and

5  the trial date be taken off calendar.   Upon execution of a stipulation to dismiss pursuant

6  to FRCP 41(a)(1) of both parties, the stipulation will be filed with the court.

7

8  Dated: March 21, 2014                        LAW OFFICES OF BRIAN A. VOGEL, PC

9

10                                     By: _____

11                                            BRIAN A. VOGEL
                                              Attorney for Plaintiff
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28